| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CASELLAS, SALVADOR E. | 2. Court or Organization<br><br>U.S.D.C. Puerto Rico | 3. Date of Report<br><br>05/03/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ⬜ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>300 RECINTO SUR - SUITE 342<br>OLD SAN JUAN, PUERTO RICO 00901 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. DIRECTOR | ANGEL RAMOS FOUNDATION (NON-PROFIT INSTITUTION) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 05/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UBS | MARGIN LOAN | P1 |
| 2. | Santander Securities | MARGIN LOAN | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Account at Banco Santander | A | Interest | K | T | | | | | |
| 2. Account at Popular Securities, Inc. | | None | J | T | | | | | |
| 3. Account at Banco Popular | A | Interest | J | T | | | | | |
| 4. Tax Free Fund-UBS | A | Interest | J | T | | | | | |
| 5. Tax Exempt Fund at Santander Securities | A | Interest | J | T | | | | | |
| 6. Cash Value Insurance Policies Met Life & Equitable | C | Interest | N | T | | | | | |
| 7. International Hospitality S. E. | | None | J | W | | | | | |
| 8. Annuity Universal Life Ins. Co. | B | Interest | M | U | Redeemed (part) | 02/23/11 | L | A | Universal Life Ins. Co. |
| 9. COM Lehman | A | Interest | J | T | | | | | |
| 10. P.R. Government & Agency Bonds | G | Interest | P2 | T | Redeemed (part) | 12/28/11 | O | | UBS |
| 11. | | | | | Buy | 12/28/11 | P1 | | UBS |
| 12. | | | | | Buy | 06/16/11 | N | | Santander Securities |
| 13. | | | | | Buy | 09/07/11 | N | | Santander Securities |
| 14. | | | | | Redeemed (part) | 12/23/11 | P1 | | Santander Securities |
| 15. | | | | | Buy | 04/13/11 | L | | Santander Securities |
| 16. | | | | | Buy | 12/28/11 | P1 | | Santander Securities |
| 17. AFICA Bonds (P.R. Financial Authority | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Univ. of P. R. Bonds | C | Interest | L | T | | | | | |
| 19. P.R. Employees Assoc. Notes | A | Interest | M | T | Buy | 07/06/11 | M | | Santander Securties |
| 20. | | | | | Buy | 08/26/11 | L | | Santander Securities |
| 21. First Bank P.R. Notes | D | Interest | M | T | | | | | |
| 22. P.R. Public Bldg. Authority | D | Interest | M | T | Redeemed (part) | 07/01/11 | K | | UBS |
| 23. P.R. Public Finance Co. Bonds | E | Interest | M | T | Redeemed (part) | 08/01/11 | M | | Santander Securities |
| 24. | | | | | Redeemed (part) | 08/01/11 | L | | UBS |
| 25. P.R. Highway Bonds | C | Interest | M | T | Redeemed (part) | 07/01/11 | K | | Santander Securities |
| 26. Shares of Popular Inc. | | None | M | T | Buy | 08/17/11 | K | | Popular Securities |
| 27. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 05/03/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544